No. 04–8276. DOMINGUE v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 04–8280. MCCORD v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 04–8284. LEACH v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 04–8286. WOOTEN v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8290. BOSCH v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 04–8314. DAGLEY v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 04–8329. HULL v. CITY OF SANTA FE, NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 04–8335. UNCAPHER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–8338. GILCREAST v. OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 04–8352. RUCKER v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8361. CHAMBERLAIN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–8363. MASSEY v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–8367. MORALES v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–8370. JONES v. CITY OF LOS ANGELES DEPARTMENT OF HOUSING. C. A. 9th Cir. Certiorari denied.